STATE of Missouri, Respondent,

v.

Bryan GILES, Appellant.

ED103827

Missouri Court of Appeals, Eastern District, DIVISION ONE.

Filed February 7, 2017

Colette Neuner, Assistant Attorney General, Jefferson City, MO, for respondent.

Amy E. Lowe, Assistant Public Defender, St. Louis, MO, for appellant.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Following a bench trial, Bryan Giles now appeals his conviction of statutory rape in the second degree, a class C felony, in violation of Section 566.034, RSMo Cum. Sup. 2014. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).